IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGEL LUIS CALO DIAZ,** : | |
| Petitioner : | |
| : | No. 1:23-cv-00777 |
| v. : | |
| : | (Judge Kane) |
| **WARDEN BARRAZA,** : | |
| Respondent : | |

**ORDER**

**AND NOW**, on this 20th day of July 2023, upon consideration of Petitioner Angel Luis Calo Diaz ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania